[No. 11029-2-I. Division One. January 23, 1984.]

ANTHONY V. FILIGNO, ET AL, *Appellants*, v. SARAH HILMES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-01358-1, Frank D. Howard, J., entered November 4, 1981. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 12488-9-I. Division One. January 23, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EARL SALTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-01583-7, Jerome M. Johnson, J., entered November 4, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Ringold, J.

[No. 12144-8-I. Division One. January 23, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ERLING KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 68719, David C. Hunter, J., entered July 28, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Ringold, JJ.